# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL DIVISION
### VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

CHRISTOPHER B. REYNOLDS

**WHA**

CR 07 0747

DEFENDANT.

---

## INDICTMENT

18 U.S.C. § 2113(a) and (d) - Armed Bank Robbery

---

A true bill.

_____
Foreman

Filed in open court this _____ day of
11/27/2007

_____
Clerk

Bail, $ No process

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C., Section 2113(a) and (d) - Armed Bank Robbery (Class B Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Maximum Prison Term of Twenty-five Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of Five Years;
Mandatory Special Assessment of $100.

**DEFENDANT - U.S.**

▶ CHRISTOPHER B. REYNOLDS

**DISTRICT COURT NUMBER**

CR 07 0747

FILED NOV 27 2007
RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WHA

### PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**
Department of Homeland Security/Immigration Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
07-70665

**Name and Office of Person Furnishing Information on THIS FORM**
SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**
ALBERT B. SAMBAT

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☑ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

**DATE OF ARREST** ▶ 11/6/2007

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ 11/20/2007

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11
12 | UNITED STATES OF AMERICA,        ) No. CR 07 0747
                                      )
13 |    Plaintiff,                    ) VIOLATION: 18 U.S.C. § 2113(a) and
                                      ) (d) – Armed Bank Robbery
14 |    v.                            )
                                      )
15 | CHRISTOPHER B. REYNOLDS,         ) SAN FRANCISCO VENUE
                                      )
16 |    Defendant.                    )
                                      )
17 |_____)

18
19                              INDICTMENT
20
   The Grand Jury charges:
21
       1. On or about November 6, 2007, the defendant,
22
23                       CHRISTOPHER B. REYNOLDS,
24 did knowingly, and by force, violence and intimidation, take from the persons and presence of
25 employees of the Wells Fargo Bank, 1900 Union Street, San Francisco, California, approximately
26 $9,230 in money belonging to and in the care, custody, control, management, and possession of
27 said Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.
28     2. In committing the offense described in paragraph 1, the defendant did assault and put in

INDICTMENT

1  jeopardy the lives of employees and customers of said Bank, by the use of a dangerous weapon, to
2  wit, a simulated handgun; in violation of Title 18, United States Code, Sections 2113(a) and (d).
3
4  DATED:                                                    A TRUE BILL.
5
6  11/27/07
                                                             FOREPERSON
7
8  SCOTT N. SCHOOLS
   United States Attorney
9
10
11 GREGG W. LOWDER
   Chief, Major Crimes Division
12
13 (Approved as to form:
                        SAUSA SAMBAT
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

   INDICTMENT