CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that he caused copies of

NOTICE OF RELATED CASE IN A CRIMINAL ACTION

in the case of <u>US v. CHRISTOPHER B. REYNOLDS</u>, No. CR-07-0747 WHA

to be served on the parties in this action, addressed as follows which are the last known addresses:

Karen D. Beausey

U.S. Attorney's Office

450 Golden Gate Ave.

P.O. Box 36055

San Francisco, CA 94102

and

Stephen Gary Kalar

Federal Public Defender's Office

450 Golden Gate Avenue

19th Floor

San Francisco, Ca  94102

__X__ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

____ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

__X__ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

1 | ____ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

December 3, 2007

      Elizabeth Garcia   /eg
      United States Attorney's Office

1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  ALBERT B. SAMBAT (CABN 236472)
   Special Assistant United States Attorney

5
   450 Golden Gate Avenue
6  San Francisco, CA, 94102
   Telephone: 415-436-7129
7   Facsimile 415-436-7234

8  Attorneys for Plaintiff

9            IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                  SAN FRANCISCO DIVISION

11

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER B. REYNOLDS<br><br>　　　　　Defendant. | No. CR-97-00292-01 SI<br>[Filed Oct. 1, 1997]<br><br>SAN FRANCISCO VENUE |
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER B. REYNOLDS<br><br>　　　　　Defendant. | No. CR-07-0747 WHA<br>[Filed Nov. 27, 2007]<br><br>NOTICE OF RELATED CASE<br>IN A CRIMINAL ACTION<br><br>SAN FRANCISCO VENUE |

　　　The United States of America, pursuant to Crim. L.R. 8-1(a), hereby notifies the Court that the two above-captioned criminal cases are related. The more recent charge filed in the Indictment, CR-07-0747 WHA, on November 27, 2007 (see Attachment) involve the same defendant as charged in case CR-97-00292-01, a matter which is again pending before The Honorable Susan Illston. In that case, the defendant, Christopher B. Reynolds pleaded guilty to three (3) counts of armed bank robbery in violation of Title 18 U.S.C. § 2113 (a) and (d), one (1)

NOTICE OF RELATED CASES
CR 97-00292-01 SI

1  count of attempted bank robbery also in violation of 18 U.S.C. § 2113 (a) and (d), and one (1)
2  count of carrying a firearm in relation to a crime of violence, in violation of 18 U.S.C. § 924 (c).
3      On June 1, 1998, The Honorable Susan Illston sentenced the defendant to 138 months
4  imprisonment to be followed by 60 months of supervised release. The defendant was released
5  from prison on July 3, 2007, and was to report to the probation office within 72 hours of his
6  release pursuant to supervised release standard condition number eighteen.
7      On November 21, 2007, a Form 12 was filed by Probation charging the defendant with
8  violations of the terms of his supervised release. Charge One of the Form 12 alleges that the
9  defendant failed to report within 72 hours of release in violation of standard condition number
10 eighteen. Charge Two alleges that the defendant also violated the standard condition that
11 requires the defendant not to commit another federal, state or local crime.
12     On November 27, 2007, the Grand Jury returned an Indictment charging the defendant with
13 one (1) count of armed bank robbery in violation of 18 U.S.C. § 2113 (a) and (d). The new case,
14 CR 07-0747 WHA, has been assigned to The Honorable William Alsup. The allegations of the
15 Indictment coincide with allegations that form the basis of Charge Two of the Form 12. Based
16 upon these facts, the cases are related within the meaning of Crim. L.R. 8-1(b)(1) because they
17 involve the same defendant and the same occurrences. Furthermore, the cases are related within
18 the meaning of Crim. L.R. 8-1(b)(2) because if heard by separate judges, they likely would
19 involve substantial duplication of labor by the two judges.
20     Per the requirement of Crim. L.R. 8-1(c)(4), government counsel states that assignment of
21 these cases to a single judge is likely to conserve judicial resources and promote an efficient
22 determination of each action.

Date: December 3, 2007

Respectfully Submitted,
SCOTT N. SCHOOLS

ALBERT B. SAMBAT
Special Assistant United States Attorney

NOTICE OF RELATED CASES
CR 97-00292-01 SI                        2

# ATTACHMENT

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

FILED
NOV 27 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

CHRISTOPHER B. REYNOLDS

**WHA**

**CR 07 0747**

DEFENDANT.

## INDICTMENT

18 U.S.C. § 2113(a) and (d) - Armed Bank Robbery

A true bill.

_____
Foreman

Filed in open court this _____ day of
11/27/2007
_____
Clerk

Bail, $ No process

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C., Section 2113(a) and (d) - Armed Bank Robbery (Class B Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
Maximum Prison Term of Twenty-five Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of Five Years;
Mandatory Special Assessment of $100.

**DEFENDANT - U.S.**

▶ CHRISTOPHER B. REYNOLDS

DISTRICT COURT NUMBER

CR 07 0747 WHA

FILED NOV 27 2007
RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
Department of Homeland Security/Immigration Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO. 07-70665

Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  ALBERT B. SAMBAT

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☒ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ 11/6/2007   Month/Day/Year

Or... If Arresting Agency & Warrant were not
DATE TRANSFERRED ▶ 11/20/2007   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED
NOV 27 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WHA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. 07 0747 |
| Plaintiff, | VIOLATION: 18 U.S.C. § 2113(a) and (d) – Armed Bank Robbery |
| v. | |
| CHRISTOPHER B. REYNOLDS, | SAN FRANCISCO VENUE |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

1. On or about November 6, 2007, the defendant,

CHRISTOPHER B. REYNOLDS,

did knowingly, and by force, violence and intimidation, take from the persons and presence of employees of the Wells Fargo Bank, 1900 Union Street, San Francisco, California, approximately $9,230 in money belonging to and in the care, custody, control, management, and possession of said Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

2. In committing the offense described in paragraph 1, the defendant did assault and put in

INDICTMENT

1  jeopardy the lives of employees and customers of said Bank, by the use of a dangerous weapon, to
2  wit, a simulated handgun; in violation of Title 18, United States Code, Sections 2113(a) and (d).

4  DATED:                                       A TRUE BILL.

5  11/27/07

6                                               *[signature]*
                                                FOREPERSON

8  SCOTT N. SCHOOLS
   United States Attorney

10 *[signature]*
11 GREGG W. LOWDER
   Chief, Major Crimes Division

12 (Approved as to form: *[signature]*)
13                     SAUSA SAMBAT

INDICTMENT