SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

ALBERT B. SAMBAT (CABN 236472)
Special Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-7129
Facsimile: (415) 436-7234
E-Mail: albert.sambat2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER B. REYNOLDS,<br><br>    Defendant. | Criminal No. CR 07-0747 WHA<br><br>**[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM DECEMBER 10, 2007 TO DECEMBER 19, 2007** |

      The parties appeared before the Honorable Maria Elena-James on December 10, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

      1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from December 10, 2007 to December 19, 2007 due to two factors.  First, the parties are awaiting a ruling on a Notice of Related Case filed by the government on December 3, 2007. Second, the parties are awaiting a disposition in a matter outside the district that could result in a possible transfer of the case.  The exclusion of time is appropriate under 18 U.S.C. §§

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0747 WHA**

3161(h)(1)(F) and 3161(h)(1)(G).

    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from December 10, 2007 to December 19, 2007 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from December 10, 2007 to December 19, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(1)(F), and 3161(h)(1)(G).

    IT IS SO STIPULATED.

DATED: 12/10/07                                      /s/
                                                    STEVEN G. KALAR
                                                    Counsel for Christopher B. Reynolds

DATED: 12/10/07                                      /s/
                                                    ALBERT B. SAMBAT
                                                    Special Assistant United States Attorney

    IT IS SO ORDERED.

DATED:_____                            _____
                                                    THE HON. MARIA-ELENA JAMES
                                                    United States Magistrate Judge