1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ALBERT B. SAMBAT (CABN 236472)
   Special Assistant United States Attorney
5

6  450 Golden Gate Avenue
   San Francisco, California 94102
7  Telephone: (415) 436-7129
   Facsimile: (415) 436-7234
8  E-Mail: albert.sambat2@usdoj.gov

9  Attorneys for Plaintiff

**FILED**

DEC 1 0 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILE COPY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 07-0747 WHA |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER AND |
| v. | ) | STIPULATION EXCLUDING TIME |
| | ) | FROM DECEMBER 10, 2007 TO |
| CHRISTOPHER B. REYNOLDS, | ) | DECEMBER 19, 2007 |
| Defendant. | ) | |

The parties appeared before the Honorable Maria Elena-James on December 10, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from December 10, 2007 to December 19, 2007 due to two factors. First, the parties are awaiting a ruling on a Notice of Related Case filed by the government on December 3, 2007. Second, the parties are awaiting a disposition in a matter outside the district that could result in a possible transfer of the case. The exclusion of time is appropriate under 18 U.S.C. §§

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0747 WHA

3161(h)(1)(F) and 3161(h)(1)(G).

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from December 10, 2007 to December 19, 2007 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from December 10, 2007 to December 19, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(1)(F), and 3161(h)(1)(G).

IT IS SO STIPULATED.

DATED: 12/10/07

/s/
STEVEN G. KALAR
Counsel for Christopher B. Reynolds

DATED: 12/10/07

/s/
ALBERT B. SAMBAT
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: 12/10/07

THE HON. MARIA-ELENA JAMES
United States Magistrate Judge

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0747 WHA                           2