SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

ALBERT B. SAMBAT (CABN 236472)
Special Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7129
Facsimile: (415) 436-7234
E-Mail: albert.sambat2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> CHRISTOPHER B. REYNOLDS, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Criminal No. CR 07-0747 SI (Formerly WHA) <br><br> **[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM DECEMBER 19, 2007 TO JANUARY 23, 2008** |

      The parties appeared before the Honorable Maria Elena-James on December 19, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

      1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from December 19, 2007 to January 23, 2008. The parties are awaiting a disposition in a matter outside the district that could result in a possible transfer of the case. The exclusion of time is appropriate under 18 U.S.C. § 3161(h)(1)(G). In addition, the parties agree to an exclusion pursuant to 18 U.S.C. § (h)(8)(B)(iv) to allow for defense counsel reasonable time

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0747 SI (Formerly WHA)**

necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with the defendant, as well as to allow the defendant continuity of counsel.

    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from December 19, 2007 to January 23, 2008 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from December 19, 2007 to January 23, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(1)(G), and 18 U.S.C. § (h)(8)(B)(iv).

    IT IS SO STIPULATED.

DATED: 12/19/07                                     /s/
                                             STEVEN G. KALAR
                                           Counsel for Christopher B. Reynolds

DATED: 12/19/07                                     /s/
                                             ALBERT B. SAMBAT
                                           Special Assistant United States Attorney

    IT IS SO ORDERED.

DATED:_____
                                           THE HON. MARIA-ELENA JAMES
                                           United States Magistrate Judge