1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
3   BRIAN STRETCH (CABN 163973)
    Chief, Criminal Division
4   ALBERT B. SAMBAT (CABN 236472)
    Special Assistant United States Attorney
5
6       450 Golden Gate Avenue
        San Francisco, California  94102
7       Telephone: (415) 436-7129
        Facsimile: (415) 436-7234
8       E-Mail: albert.sambat2@usdoj.gov
9   Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT
11                 NORTHERN DISTRICT OF CALIFORNIA
12                    SAN FRANCISCO DIVISION
13
    UNITED STATES OF AMERICA,          )   Criminal No. CR 07-0747 SI (Formerly
14                                     )   WHA)
             Plaintiff,                )
15                                     )
16      v.                             )   [PROPOSED] ORDER AND
                                       )   STIPULATION EXCLUDING TIME
17  CHRISTOPHER B. REYNOLDS,           )   FROM JANUARY 23, 2008 THROUGH
                                       )   FEBRUARY 25, 2008
18           Defendant.                )
                                       )
19  _____  )

20
21          The parties appeared before the Honorable Maria Elena-James on January 23, 2008.

22  With the agreement of counsel for both parties and the defendant, the Court found and held as

23  follows:

24          1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

25  3161(b), from January 23, 2008 through February 25, 2008.  The parties are awaiting a

26  disposition in a matter outside the district that could result in a possible transfer of the case.  The

27  exclusion of time is appropriate under 18 U.S.C. § 3161(h)(1)(G).

28  **[PROPOSED[ ORDER AND
    STIPULATION EXCLUDING TIME
    CR 07-0747 SI (Formerly WHA)**

2.  Given these circumstances, the Court found that the ends of justice served by excluding the period from January 23, 2008 through February 25, 2008 outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

3.  Accordingly, and with the consent of the defendant, the Court ordered that the period from January 23, 2008 through February 25, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(1)(G).

IT IS SO STIPULATED.

DATED: 01/23/08                                    _____/s/_____
                                                   STEVEN G. KALAR
                                                   Counsel for Christopher B. Reynolds

DATED: 01/23/08                                    _____/s/_____
                                                   ALBERT B. SAMBAT
                                                   Special Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____                             _____
                                                   THE HON. MARIA-ELENA JAMES
                                                   United States Magistrate Judge

**[PROPOSED[ ORDER AND**
**STIPULATION EXCLUDING TIME**
**CR 07-0747 SI (Formerly WHA)**            2