JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

ALBERT B. SAMBAT (CABN 236472)
Special Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-7129
Facsimile: (415) 436-7234
E-Mail: albert.sambat2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>CHRISTOPHER B. REYNOLDS,<br><br>          Defendant. | Criminal No. CR 07-0747 SI (Formerly WHA)<br><br>[~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM JANUARY 23, 2008 THROUGH FEBRUARY 25, 2008 |

   The parties appeared before the Honorable Maria Elena-James on January 23, 2008. With the agreement of counsel for both parties and the defendant, the Court found and held as follows:

   1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from January 23, 2008 through February 25, 2008.  The parties are awaiting a disposition in a matter outside the district that could result in a possible transfer of the case.  The exclusion of time is appropriate under 18 U.S.C. § 3161(h)(1)(G).

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0747 SI (Formerly WHA)**

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from January 23, 2008 through February 25, 2008 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from January 23, 2008 through February 25, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(1)(G).

IT IS SO STIPULATED.

DATED: 01/23/08
/s/
STEVEN G. KALAR
Counsel for Christopher B. Reynolds

DATED: 01/23/08
/s/
ALBERT B. SAMBAT
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: 1/23/08
THE HON. MARIA-ELENA JAMES
United States Magistrate Judge

[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0747 SI (Formerly WHA)          2