```
 1  JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
 2
    BRIAN STRETCH (CABN 163973)
 3  Chief, Criminal Division

 4  ALBERT B. SAMBAT (CABN 236472)
    Special Assistant United States Attorney
 5

 6    450 Golden Gate Avenue
      San Francisco, California  94102
 7    Telephone: (415) 436-7129
      Facsimile: (415) 436-7234
 8    E-Mail: albert.sambat2@usdoj.gov

 9  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No. CR 07-0747 SI (Formerly WHA) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM FEBRUARY 25, 2008 THROUGH MARCH 31, 2008** |
| CHRISTOPHER B. REYNOLDS, | ) | |
| Defendant. | ) | |

The parties appeared before the Honorable Maria Elena-James on February 25, 2008. With the agreement of counsel for both parties and the defendant, the Court found and held as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from February 25, 2008 through March 31, 2008 in light of the need for the defendant's counsel to review discovery in a parallel matter related to this case. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for

**[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0747 SI (Formerly WHA)**

effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with the defendant.

    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from February 25, 2008 through March 31, 2008 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A)

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from February 25, 2008 through March 31, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

    IT IS SO STIPULATED.

DATED: 02/25/08

                              /s/
                        STEVEN G. KALAR
                        Counsel for Christopher B. Reynolds

DATED: 02/25/08

                              /s/
                        ALBERT B. SAMBAT
                        Special Assistant United States Attorney

    IT IS SO ORDERED.

DATED:_____

                        THE HON. MARIA-ELENA JAMES
                        United States Magistrate Judge