**FILED**

FEB 25 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN STRETCH (CABN 163973)
   Chief, Criminal Division
4  ALBERT B. SAMBAT (CABN 236472)
   Special Assistant United States Attorney
5
6  450 Golden Gate Avenue
   San Francisco, California 94102
7  Telephone: (415) 436-7129
   Facsimile: (415) 436-7234
8  E-Mail: albert.sambat2@usdoj.gov

9  Attorneys for Plaintiff

10                 UNITED STATES DISTRICT COURT
11                 NORTHERN DISTRICT OF CALIFORNIA
12                      SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,          )  Criminal No. CR 07-0747 SI (Formerly
14                                     )  WHA)
           Plaintiff,                  )
15                                     )
                                       )
16    v.                               )  [PROPOSED] ORDER AND
                                       )  STIPULATION EXCLUDING TIME
17 CHRISTOPHER B. REYNOLDS,            )  FROM FEBRUARY 25, 2008
                                       )  THROUGH MARCH 31, 2008
18         Defendant.                  )
                                       )
19 _____)

20

21     The parties appeared before the Honorable Maria Elena-James on February 25, 2008.
22 With the agreement of counsel for both parties and the defendant, the Court found and held as
23 follows:
24     1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §
25 3161(b), from February 25, 2008 through March 31, 2008 in light of the need for the defendant's
26 counsel to review discovery in a parallel matter related to this case. Failure to grant the
27 requested continuance would unreasonably deny defense counsel reasonable time necessary for
28

[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0747 SI (Formerly WHA)

1  effective preparation, taking into account the exercise of due diligence and the need for counsel
2  to review the discovery with the defendant.
3      2. Given these circumstances, the Court found that the ends of justice served by
4  excluding the period from February 25, 2008 through March 31, 2008 outweigh the best interest
5  of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A)
6      3. Accordingly, and with the consent of the defendant, the Court ordered that the period
7  from February 25, 2008 through March 31, 2008 be excluded from Speedy Trial Act calculations
8  under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

9
10      IT IS SO STIPULATED.

11  DATED: 02/25/08                      /s/
                                          STEVEN G. KALAR
12                                        Counsel for Christopher B. Reynolds

13

14  DATED: 02/25/08                      /s/
                                          ALBERT B. SAMBAT
15                                        Special Assistant United States Attorney

16
17      IT IS SO ORDERED.

18  DATED: 2-25-08

19                                        THE HON. MARIA-ELENA JAMES
                                          United States Magistrate Judge
20

21
22
23
24
25
26
27
28  [PROPOSED] ORDER AND
    STIPULATION EXCLUDING TIME
    CR 07-0747 SI (Formerly WHA)         2