Case 3:07-cr-00747-SI   Document 18   Filed 02/29/2008   Page 1 of 2
Case 3:07-cr-00747-SI   Document 15   Filed 02/25/2008   Page 1 of 2

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ALBERT B. SAMBAT (CABN 236472)
   Special Assistant United States Attorney
5

6  450 Golden Gate Avenue
   San Francisco, California  94102
7  Telephone: (415) 436-7129
   Facsimile: (415) 436-7234
8  E-Mail: albert.sambat2@usdoj.gov

9  Attorneys for Plaintiff

**FILED**

FEB 2 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> CHRISTOPHER B. REYNOLDS, <br> Defendant. | Criminal No. CR 07-0747 SI (Formerly WHA) <br><br> [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM FEBRUARY 25, 2008 THROUGH MARCH 31, 2008 |

The parties appeared before the Honorable Maria Elena-James on February 25, 2008. With the agreement of counsel for both parties and the defendant, the Court found and held as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from February 25, 2008 through March 31, 2008 in light of the need for the defendant's counsel to review discovery in a parallel matter related to this case. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for

[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0747 SI (Formerly WHA)

1  effective preparation, taking into account the exercise of due diligence and the need for counsel
2  to review the discovery with the defendant.
3      2. Given these circumstances, the Court found that the ends of justice served by
4  excluding the period from February 25, 2008 through March 31, 2008 outweigh the best interest
5  of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A)
6      3. Accordingly, and with the consent of the defendant, the Court ordered that the period
7  from February 25, 2008 through March 31, 2008 be excluded from Speedy Trial Act calculations
8  under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

    IT IS SO STIPULATED.

11  DATED: 02/25/08                    /s/
                                        STEVEN G. KALAR
12                                      Counsel for Christopher B. Reynolds

14  DATED: 02/25/08                    /s/
                                        ALBERT B. SAMBAT
15                                      Special Assistant United States Attorney

    IT IS SO ORDERED.

18  DATED: 2-29-08
19                                      THE HON. MARIA-ELENA JAMES
                                        United States Magistrate Judge

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0747 SI (Formerly WHA)        2