1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ALBERT B. SAMBAT (CABN 236472)
   Special Assistant United States Attorney
5

6  450 Golden Gate Avenue
   San Francisco, California  94102
7  Telephone: (415) 436-7129
   Facsimile: (415) 436-7234
8  E-Mail: albert.sambat2@usdoj.gov

9  Attorneys for Plaintiff

10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                    SAN FRANCISCO DIVISION
13

14 UNITED STATES OF AMERICA,                 )  Criminal No. CR 07-0747 SI (Formerly
                                             )  WHA)
        Plaintiff,                           )
15                                           )
                                             )
16      v.                                   )  [PROPOSED] ORDER AND
                                             )  STIPULATION EXCLUDING TIME
17 CHRISTOPHER B. REYNOLDS,                  )  FROM DECEMBER 19, 2007 TO
                                             )  JANUARY 23, 2008
18      Defendant.                           )
                                             )
19 _____   )

20
21      The parties appeared before the Honorable Maria Elena-James on December 19, 2007.

22 With the agreement of counsel for both parties, the Court found and held as follows:

23      1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

24 3161(b), from December 19, 2007 to January 23, 2008.  The parties are awaiting a disposition in

25 a matter outside the district that could result in a possible transfer of the case.  The exclusion of

26 time is appropriate under 18 U.S.C. § 3161(h)(1)(G).  In addition, the parties agree to an

27 exclusion pursuant to 18 U.S.C. § (h)(8)(B)(iv) to allow for defense counsel reasonable time

28 **[PROPOSED[ ORDER AND
   STIPULATION EXCLUDING TIME
   CR 07-0747 SI (Formerly WHA)**

necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with the defendant, as well as to allow the defendant continuity of counsel.

    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from December 19, 2007 to January 23, 2008 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from December 19, 2007 to January 23, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(1)(G), and 18 U.S.C. § (h)(8)(B)(iv).

    IT IS SO STIPULATED.

DATED: 12/19/07

/s/
STEVEN G. KALAR
Counsel for Christopher B. Reynolds

DATED: 12/19/07

/s/
ALBERT B. SAMBAT
Special Assistant United States Attorney

    IT IS SO ORDERED.

DATED: March 21, 2008

THE HON. MARIA-ELENA JAMES
United States Magistrate Judge

**[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME**
**CR 07-0747 SI (Formerly WHA)**    2