JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

ALBERT B. SAMBAT (CABN 236472)
Special Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-6669
Facsimile: (415) 436-6687
E-Mail: albert.sambat@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER B. REYNOLDS,<br><br>    Defendant. | Criminal No. CR 07-0747 SI (Formerly WHA)<br><br>**[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM APRIL 24, 2008 THROUGH MAY 22, 2008** |

    The parties appeared before the Honorable Chief Magistrate Judge James Larson on April 24, 2008.  With the agreement of counsel for both parties and the defendant, the Court found and held as follows:

    1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from April 24, 2008 through May 22, 2008.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0747 SI (Formerly WHA)**

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from April 24, 2008 through May 22, 2008 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A)

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from April 24, 2008 through May 22, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 04/24/08                              /s/
                                             STEVEN G. KALAR
                                             Counsel for Christopher B. Reynolds

DATED: 04/24/08                              /s/
                                             ALBERT B. SAMBAT
                                             Special Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____                        _____
                                             THE HON. JAMES LARSON
                                             United States Chief Magistrate Judge

**[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0747 SI (Formerly WHA)**          2