1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ALBERT B. SAMBAT (CABN 236472)
   Special Assistant United States Attorney
5

6    450 Golden Gate Avenue
     San Francisco, California 94102
7    Telephone: (415) 436-6669
     Facsimile: (415) 436-6687
8    E-Mail: albert.sambat@usdoj.gov

9  Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,          )   Criminal No. CR 07-0747 SI (Formerly
                                       )   WHA)
14          Plaintiff,                 )
                                       )
15                                     )
                                       )
16      v.                             )   [PROPOSED] ORDER AND
                                       )   STIPULATION EXCLUDING TIME
17 CHRISTOPHER B. REYNOLDS,           )   FROM APRIL 24, 2008 THROUGH
                                       )   MAY 22, 2008
18          Defendant.                 )
                                       )
19 _____ )

20

21         The parties appeared before the Honorable Chief Magistrate Judge James Larson on

22 April 24, 2008. With the agreement of counsel for both parties and the defendant, the Court

23 found and held as follows:

24         1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

25 3161(b), from April 24, 2008 through May 22, 2008. Failure to grant the requested continuance

26 would unreasonably deny defense counsel reasonable time necessary for effective preparation,

27 taking into account the exercise of due diligence.

28 [PROPOSED[ ORDER AND
   STIPULATION EXCLUDING TIME
   CR 07-0747 SI (Formerly WHA)

2.  Given these circumstances, the Court found that the ends of justice served by excluding the period from April 24, 2008 through May 22, 2008 outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A)

3.  Accordingly, and with the consent of the defendant, the Court ordered that the period from April 24, 2008 through May 22, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 04/24/08                                    /s/
                                    STEVEN G. KALAR
                                    Counsel for Christopher B. Reynolds


DATED: 04/24/08                                    /s/
                                    ALBERT B. SAMBAT
                                    Special Assistant United States Attorney


IT IS SO ORDERED.

DATED: 4/28/08

THE HON. JAMES LARSON
United States Chief Magistrate Judge

**[PROPOSED[ ORDER AND**
**STIPULATION EXCLUDING TIME**
**CR 07-0747 SI (Formerly WHA)**          2