1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
    BRIAN STRETCH (CABN 163973)
3   Chief, Criminal Division

4   ALBERT B. SAMBAT (CABN 236472)
    Special Assistant United States Attorney
5

6       450 Golden Gate Avenue
        San Francisco, California  94102
7       Telephone: (415) 436-6669
        Facsimile: (415) 436-6687
8       E-Mail: albert.sambat@usdoj.gov

9   Attorneys for Plaintiff

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )    Criminal No. CR 07-0747 SI
                                        )
14          Plaintiff,                  )
                                        )
15                                      )
                                        )    **[PROPOSED] ORDER AND
16      v.                              )    STIPULATION EXCLUDING TIME
                                        )    FROM MAY 22, 2008 THROUGH JULY
17  CHRISTOPHER B. REYNOLDS,            )    8, 2008**
                                        )
18          Defendant.                  )
                                        )
19  _____    )

20

21          The parties appeared before the Honorable Magistrate Judge Edward M. Chen on May

22  22, 2008.  With the agreement of counsel for both parties and the defendant, the Court found and

23  held as follows:

24          1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

25  3161(b), from May 22, 2008 through July 8, 2008.  Failure to grant the requested continuance

26  would unreasonably deny the defendant continuity of counsel and deny defense counsel

27  reasonable time necessary for effective preparation, taking into account the exercise of due

28  **[PROPOSED[ ORDER AND**
    **STIPULATION EXCLUDING TIME**
    **CR 07-0747 SI**

diligence.

2.  Given these circumstances, the Court found that the ends of justice served by excluding the period from May 22, 2008 through July 8, 2008 outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

3.  Accordingly, and with the consent of the defendant, the Court ordered that the period from May 22, 2008 through July 8, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).


IT IS SO STIPULATED.

DATED: 05/22/08                                        /s/
                                             _____
                                             STEVEN G. KALAR
                                             Counsel for Christopher B. Reynolds



DATED: 05/22/08                                        /s/
                                             _____
                                             ALBERT B. SAMBAT
                                             Special Assistant United States Attorney


IT IS SO ORDERED.

DATED:_____
                                             _____
                                             THE HON. EDWARD M. CHEN
                                             United States Magistrate Judge

**[PROPOSED[ ORDER AND**
**STIPULATION EXCLUDING TIME**
**CR 07-0747 SI**                    2