1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ALBERT B. SAMBAT (CABN 236472)
   Special Assistant United States Attorney
5

6  450 Golden Gate Avenue
   San Francisco, California  94102
7  Telephone: (415) 436-6669
   Facsimile: (415) 436-6687
8  E-Mail: albert.sambat@usdoj.gov

9  Attorneys for Plaintiff

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                       SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA,          )   Criminal No. CR 07-0747 SI
                                        )
15 |       Plaintiff,                   )
                                        )   **[PROPOSED] ORDER AND**
16 |    v.                              )   **STIPULATION EXCLUDING TIME**
                                        )   **FROM MAY 22, 2008 THROUGH JULY**
17 | CHRISTOPHER B. REYNOLDS,           )   **8, 2008**
                                        )
18 |       Defendant.                   )
                                        )
19 | _____      )

20
21       The parties appeared before the Honorable Magistrate Judge Edward M. Chen on May
22 22, 2008.  With the agreement of counsel for both parties and the defendant, the Court found and
23 held as follows:
24       1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §
25 3161(b), from May 22, 2008 through July 8, 2008.  Failure to grant the requested continuance
26 would unreasonably deny the defendant continuity of counsel and deny defense counsel
27 reasonable time necessary for effective preparation, taking into account the exercise of due
28 **[PROPOSED[ ORDER AND**
   **STIPULATION EXCLUDING TIME**
   **CR 07-0747 SI**

diligence.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from May 22, 2008 through July 8, 2008 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from May 22, 2008 through July 8, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 05/22/08                                          /s/
                                                 STEVEN G. KALAR
                                                 Counsel for Christopher B. Reynolds

DATED: 05/22/08                                          /s/
                                                 ALBERT B. SAMBAT
                                                 Special Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____                          _____
                                                 THE HON. EDWARD M. CHEN
                                                 United States Magistrate Judge

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0747 SI**                                  2