1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ALBERT B. SAMBAT (CABN 236472)
   Special Assistant United States Attorney
5

6  450 Golden Gate Avenue
   San Francisco, California 94102
7  Telephone: (415) 436-6669
   Facsimile: (415) 436-6687
8  E-Mail: albert.sambat@usdoj.gov

9  Attorneys for Plaintiff

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                             SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,           )   Criminal No. CR 07-0747 SI
14                                     )
            Plaintiff,                 )
15                                     )
                                       )   [~~PROPOSED~~] ORDER AND
16      v.                             )   STIPULATION EXCLUDING TIME
                                       )   FROM MAY 22, 2008 THROUGH JULY
17 CHRISTOPHER B. REYNOLDS,            )   8, 2008
                                       )
18          Defendant.                 )
                                       )
19 _____)

20

21      The parties appeared before the Honorable Magistrate Judge Edward M. Chen on May

22 22, 2008. With the agreement of counsel for both parties and the defendant, the Court found and

23 held as follows:

24      1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

25 3161(b), from May 22, 2008 through July 8, 2008. Failure to grant the requested continuance

26 would unreasonably deny the defendant continuity of counsel and deny defense counsel

27 reasonable time necessary for effective preparation, taking into account the exercise of due

28 
   [PROPOSED[ ORDER AND
   STIPULATION EXCLUDING TIME
   CR 07-0747 SI

diligence.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from May 22, 2008 through July 8, 2008 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from May 22, 2008 through July 8, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 05/22/08

/s/
STEVEN G. KALAR
Counsel for Christopher B. Reynolds

DATED: 05/22/08

/s/
ALBERT B. SAMBAT
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: 5/23/08

THE HON. EDWARD M. CHEN
United States Magistrate Judge

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0747 SI                                           2