IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>　v.<br>CHRISTOPHER REYNOLDS,<br>　　　　　　Defendant. | No. CR 07-0747 SI<br><br>[PROPOSED] STIPULATED ORDER CONTINUING STATUS APPEARANCE<br><br>**Proposed Hearing Date:** Friday, July 18, 2008 at 11:00 a.m. |

　　　The defendant Christopher Reynolds is charged with bank robbery in the above-captioned matter. Also before this Court are allegations of violations of his term of supervised release.

　　　Mr. Reynolds also is charged in the Western District of New York with a separate bank robbery. In this proposed stipulated continuance, the parties represent that they are seeking a global resolution with a proposed disposition for both bank robbery allegations, as well as the supervised release allegations.

　　　Mr. Reynolds's counsel, AFPD Kalar, has written the AUSA assigned to the matter in New York with a proposed disposition and met with Northern District AUSA Sambat. Mr. Sambat has spoken with his counterpart in New York, and understands that there are several issues that will require further discussion before a disposition is finalized. The parties are currently scheduled to return before the magistrate on July 8, 2008. The parties hope to then have an arraignment on

*Reynolds*, CR 07-0747 SI
ORD. CONTINUING APPEARANCE

1  charging documents from both federal districts, and a full advisement of the current Form 12
2  allegations. It is the intention of the parties to next appear before this Court for pleas of guilt to
3  charges in both districts, as well as admission of the Form 12 allegations.
4      Mr. Reynolds is currently scheduled to appear before this Court for status on Friday June 6,
5  2008, on the Form 12 allegations. In light of the parties' attempt to arrive at a global disposition, that
6  date will be premature. The defense has accordingly requested that the matter be continued to
7  Friday, July 18, 2008 at 11:00 am for change of plea or status. The government has no objection to
8  this request.
9      Therefore, for good cause shown the status appearance on Friday, June 6, 2008 is vacated. The
10  matter shall be added to the Court's calendar on Friday, July 18, 2008 for status or change of plea.
11      The Court finds that time should be excluded under the Speedy Trial Act from Friday, June 6,
12  2008 through Friday, July 18, 2008. In this stipulated order, Mr. Kalar represents that he will be out
13  of the district for two weeks during that period. In addition, Mr. Kalar represents that this case is
14  complex, given the need for multi-district negotiations and for the production of additional discovery
15  from the New York federal district. Finally, the defense seeks this time to permit for its effective
16  preparation on two separate federal bank robbery allegations, as well as supervised release
17  violations. Therefore, the need for continuity of counsel, the complexity of the case, and the need for
18  effective preparation of counsel each outweigh the defendant's and the public's right to a Speedy
19  Trial, and the Court finds that each of these bases merit exclusion of time under the Speedy Trial
20  Act.
21  //
22  //
23  //
24  //
25  //
26  //

*Reynolds*, CR 07-0747 SI
ORD. CONTINUING APPEARANCE     2

1  The parties are directed to provide any written plea agreement to the Court well in advance of
2  the July 18th appearance, for its consideration before the plea.

3

4  IT IS SO ORDERED.

5

6  _____
   Dated                                    SUSAN ILLSTON
7                                           United States District Court Judge

8  IT IS SO STIPULATED.
9

10 _____              __/s_____
   DATED                         JOSEPH RUSSONIELLO
11                               United States Attorney
                                 Northern District of California
12                               ALBERT B. SAMBAT
                                 Special Assistant United States Attorney
13

14
                                 __/s_____
15 _____              BARRY J. PORTMAN
   DATED                         Federal Public Defender
16                               Northern District of California
                                 STEVEN G. KALAR
17                               Assistant Federal Public Defender

18

19

20

21

22

23

24

25

26

*Reynolds*, CR 07-0747 SI
ORD. CONTINUING APPEARANCE              3