IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>CHRISTOPHER REYNOLDS,<br><br>   Defendant. | CR-97-292 SI<br><br>No. CR 07-0747 SI<br><br>[PROPOSED] STIPULATED ORDER CONTINUING STATUS APPEARANCE<br><br>**Proposed Hearing Date:** Friday August 29, 2008 at 11:00 p.m. |

    The defendant Christopher Reynolds is charged with bank robbery in the above-captioned matter. Also before this Court are allegations of violations of his term of supervised release. The matter is on for status on the supervised release violations on Friday, July 18, 2008.

    Mr. Reynolds also is charged in the Western District of New York with a separate federal bank robbery. In this proposed stipulated continuance, the parties represent that they are seeking a global resolution with a proposed disposition for both bank robbery allegations, as well as the supervised release allegations.

    Mr. Reynolds's counsel, AFPD Kalar, has written the AUSA assigned to the matter in New York with a proposed disposition and met with Northern District AUSA Sambat. Mr. Sambat has spoken with his counterpart in New York, and understands that there are several issues that will require further discussion before a disposition is finalized. The parties are currently scheduled to

return before the magistrate on July 31, 2008. The parties hope to then have an arraignment on charging documents from both federal districts, and a full advisement of the current Form 12 allegations. It is the intention of the parties to next appear before this Court for pleas of guilt to charges in both districts, as well as admission of the Form 12 allegations.

Mr. Reynolds is currently scheduled to appear before this Court for status on July 18, 2008, on the Form 12 allegations. In this stipulated order, AFPD Steven Kalar, counsel for Mr. Reynolds, represents that he is unavailable on July 18, 2008 because of a work obligation involving a trial in a different state. Mr. Kalar further represents that he first became aware of this scheduling conflict on Wednesday, July 9, 2008. The defense therefore requests that the matter be continued to Friday, August 29, 2008 at 11:00 a.m..

In light of Mr. Kalar's unavailability, and given the continuing negotiations regarding the substantive charges in both the Northern District of California and the Western District of New York, the status hearing on the Form 12 allegations now scheduled for Friday, July 18, 2008 is vacated. The matter shall be added to the Court's calendar on Friday, August 29, 2008 at 11:00 a.m. for status or change of plea.

The Court finds that time should be excluded under the Speedy Trial Act from Friday, July 18, 2008 through Friday, August 29, 2008. In this stipulated order, Mr. Kalar represents that he is unavailable on July 18th, and that he also will be out of the office for two additional weeks during that period. In addition, Mr. Kalar represents that this case is complex, given the need for negotiations and for the production of discovery from two federal districts. Finally, the defense seeks this time to permit for its effective preparation on two separate federal bank robbery allegations, as well as supervised release violations. Therefore, the need for continuity of counsel, the complexity of the case, and the need for effective preparation of counsel each outweigh the defendant's and the

//

//

//

*Reynolds*, CR 07-0747 SI
ORD. CONTINUING APPEARANCE                    2

public's right to a Speedy Trial, and the Court finds that each of these bases merit exclusion of time under the Speedy Trial Act. *See* 18 USC § 3161(h)(8)(A); (h)(8)(B)(iv).

IT IS SO ORDERED.

_____            _____
Dated                                              SUSAN ILLSTON
                                                   United States District Court Judge

IT IS SO STIPULATED.

July 15, 2008                                      /s
DATED                                              JOSEPH RUSSONIELLO
                                                   United States Attorney
                                                   Northern District of California
                                                   AL SAMBAT
                                                   Special Assistant United States Attorney


July 15, 2008                                      /s
DATED                                              BARRY J. PORTMAN
                                                   Federal Public Defender
                                                   Northern District of California
                                                   STEVEN G. KALAR
                                                   Assistant Federal Public Defender

*Reynolds*, CR 07-0747 SI
ORD. CONTINUING APPEARANCE                    3