| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | NATHANAEL M. COUSINS (CABN 177944)<br>Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7368
Facsimile: (415) 436-7234
E-Mail: nat.cousins@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0747 SI |
| Plaintiff, | ) | |
| | ) | **NOTICE OF CHANGE OF COUNSEL** |
| v. | ) | **FOR THE UNITED STATES** |
| CHRISTOPHER REYNOLDS, | ) | |
| Defendant. | ) | |

Assistant United States Attorney Nathanael M. Cousins appears for the United States in this case, replacing Special Assistant United States Attorney Albert Sambat. Please delete Mr. Sambat from the service list for this case.

Respectfully submitted,

Dated: July 21, 2008                  JOSEPH P. RUSSONIELLO
                                      United States Attorney


                                      /s/ Nat Cousins
                                      Assistant United States Attorney

NOTICE OF CHANGE OF COUNSEL
CR 07-0747 SI