UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 8/29/08

Case No.   CR-07-747 & CR-97-292  SI          Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- CHRISTOPHER REYNOLDS (C)(P)

Attorneys:   N. Cousins           S. Kalar

Deputy Clerk:  Tracy Sutton   Court Reporter: J. Yeomans

**PROCEEDINGS**

1)  Status Re: Supervised Release Violation - HELD
2)  Status re: CR-07-0747 - HELD
3)
Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN      (  ) SUBMITTED
                                                    PART

Case continued to **10/17/08 a.m.**   for Change of Plea re: 07-747
Case continued to **10/17/08 @ 11 a.m.** for Further Status re: Supervised Release Violation

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:    Effective Prep. Of Counsel
**Delay begins:           Delay ends: 10/17/08**
(    AUSA to draft order

ORDERED AFTER HEARING:

The defendant is trying to effect a global settlement that includes a case in New York.


(SPEEDY TRIAL DEADLINE AS OF TODAY: )